# WILLIAM EMMERT

*v.*

## GEORGE REINHARDT.

DISTRESS FOR RENT—*liability for taking property not belonging to tenant.* Where property, temporarily in the possession of a tenant, but belonging to another, is taken under a distress against the tenant, the landlord will be liable to the owner for its value.

APPEAL from the Circuit Court of Madison county; the Hon. JOSEPH GILLESPIE, Judge, presiding.

This was a suit brought by George Reinhardt, against William Emmert, for the value of a brass kettle claimed by the plaintiff. The kettle, at the time of the taking, was in the possession of Mrs. Soldman, the tenant of the defendant, and it was seized for rent. The plaintiff claimed that he was the owner, and that he had loaned it to Mrs. Soldman.

Messrs. GILLESPIE & HAPPY, for the appellant.

Messrs. DALE & BURNETT, for the appellee

31—67TH ILL.

Mr. JUSTICE SCOTT delivered the opinion of the Court:

This action was commenced before a justice of the peace to recover the value of an article of personal property. The judgment for appellee, before the justice, was for $8, and in the circuit court, for $15.

The property was temporarily in the possession of Mrs. Soldman, and while in her possession, was seized under a distress warrant for rent due from her to appellant.

The only issue that could be involved in the case is, whether the property belonged to appellee. That issue was tried before the justice of the peace, and before a jury in the circuit court, and upon both trials the property was found to belong to appellee.

The evidence is conflicting, and we are unable to perceive any reason for setting aside the verdict.

The judgment must be affirmed.

*Judgment affirmed.*